**Entered on Docket**
**September 09, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the Court.
Signed: September 8, 2019

**Charles Novack**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    )
                                          )        Case No.  85-44412
James Dalen                               )
                                          )        Chapter No.  13
                                          )
                                          )
Debtor                                    )        **ORDER TO PAY UNCLAIMED FUNDS**
                                          )

It appearing that the check(s) made payable to

Avco Financial Service of So. Cal., Inc.                                    in the total amount

of  $ 480.32                was not cashed within the 90 day limit and an unclaimed money report was

filed on   7/20/1988                        to close the account and transfer the monies to the Clerk, U. S.

Bankruptcy  Court, for  deposit with the U.S. Treasury or the designated local depository, and

It further appearing that  Oak Point Partners, LLC                is now claiming the above

monies referred to in the application.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $ 480.32        to the

order of  Oak Point Partners, LLC                                                                     .

and mail to P.O. Box 1033
            Northbrook, IL 60065

**End of Order**
**No Service List Requested**